**Carl G. ELY; Gilda Ely, Administrators of the Estate of Carl G. Ely, Jr., deceased, Plaintiffs–Appellants,**

v.

**FORTIER LOSS CONTROL CONSULTANTS, INCORPORATED, Defendant–Appellee.**

No. 02–1966.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 29, 2003.

Decided March 12, 2003.

Carl E. McAfee, McAfee Law Firm, P.C., Norton, Virginia, for Appellants. Donald W. Huffman, Huffman & Nixon, P.C., Roanoke, Virginia, for Appellee.

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Carl G. Ely and Gilda Ely appeal the district court's order granting Fortier Loss Control Consultants' motion to dismiss their wrongful death action. We have reviewed the record and find no reversible error. We note that the facts relied on by the district court in reaching its conclusion were contained in the complaint. Based on those facts, it is clear that Plaintiffs' decedent was contributorily negligent, and his negligence was the proximate cause of his fatal accident. Accordingly, we affirm on the reasoning of the district court. *See Ely v. Fortier Loss Control Consultants, Inc.,* No. CA–02–25–2 (W.D.Va. Aug. 2, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*